# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JIBREEL TOWNSEND, | : | No. 321 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior |
| v. | : | Court |
| | : | |
| | : | |
| SPEAR, GREENFIELD AND RICHMAN, P.C., | : | |
| AND MARK GREENFIELD, ESQUIRE AND | : | |
| RAND SPEAR, ESQUIRE, | : | |
| | : | |
| Respondents | : | |
| | : | |
| _____ | : | |
| JIBREEL TOWNSEND, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STUART A. RICHMAN, ESQUIRE, | : | |
| | : | |
| Respondent | : | |
| JIBREEL TOWNSEND, | : | No. 322 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior |
| v. | : | Court |
| | : | |
| | : | |
| SPEAR, GREENFIELD AND RICHMAN, P.C., | : | |
| AND MARK GREENFIELD, ESQUIRE AND | : | |
| RAND SPEAR, ESQUIRE, | : | |
| | : | |
| Respondents | : | |
| | : | |

_____ :
JIBREEL TOWNSEND, :
:
Petitioner :
:
:
v. :
:
:
STUART A. RICHMAN, ESQUIRE, :
:
Respondent

**ORDER**

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.